# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2718
Lower Tribunal No. 03-7022B
_____

**Juan Manuel Febres,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Juan Manuel Febres, in proper person.

Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.

Before ROTHENBERG, SALTER, and LOGUE, JJ.

LOGUE, J.

Juan Manuel Febres appeals the court's order denying his rule 3.850 motion for postconviction relief. Because Febres has failed to satisfy the test for postconviction relief under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), we affirm. <u>See</u> <u>Mendoza v. State</u>, 81 So. 3d 579 (Fla. 3d DCA 2012) (noting that a strategic or tactical decision is not a valid basis for an ineffective assistance of counsel claim unless no competent counsel would have employed such tactics).

Affirmed.